EDWARD KEITH, PLAINTIFF-APPELLANT, v. GEORGE PETRAKAKAS AND MILDRED PETRAKAKAS, DEFEND-ANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued November 27, 1967—Decided December 6, 1967.

Before Judges SULLIVAN, FOLEY and LEONARD.

*Mr. Hymen B. Mintz* for appellant.

*Mr. William O. Barnes, Jr.* for respondents.

PER CURIAM. Plaintiff's failure, until more than six months after the accident, to give notice to the Unsatisfied Claim and Judgment Fund Board of his intention to make a claim, *N. J. S. A.* 39:6–65, was fatal to his application seeking payment of his judgment from the Fund.

The order appealed from is affirmed substantially for the reasons expressed by Judge Kapp in his opinion reported in 95 *N. J. Super.* 262 (*Law Div.* 1967).